IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,                                      CR. NO. 15-MJ-2487

vs.

**JULIO CESAR GUTIERREZ**,

       Defendant.

## MOTION TO DISMISS CRIMINAL COMPLAINT

       The United States of America, pursuant to Fed. R. Crim. P. 48, files this motion to dismiss the criminal complaint filed July 16, 2015, against Defendant **JULIO CESAR GUTIERREZ** in cause number 15-MJ-2487 , and as grounds therefore states that it is in the interests of justice that the criminal complaint be dismissed.

       Defense counsel **Aric G. Elsenheimer** does not oppose this motion.

       WHEREFORE, the United States respectfully requests this Court enter an order dismissing, without prejudice, the criminal complaint in this cause as to Defendant **JULIO CESAR GUTIERREZ**.

                                                          Respectfully submitted,

                                                          JAMES D. TIERNEY
                                                          Acting United States Attorney

                                                          *Electronically Signed: 05/26/2017*
                                                          KIMBERLY A. BRAWLEY
                                                          Assistant United States Attorney
                                                          Post Office Box 607
                                                          Albuquerque, New Mexico 87103

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court using
the CM/ECF system, which will send notification
to opposing counsel of record.

*Electronically Signed: 05/26/2017*
KIMBERLY A. BRAWLEY
Supervisory Assistant United States Attorney